AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| APPLIED LACQUER INDUSTRIES INC. d/b/a APRÉS NAIL, a California corporation,<br><br>*Plaintiff(s)*<br>v.<br>21 SWEET BEAUTY INC., a California corporation; NAIL UP INC., a California corporation; NAILS-X INC., a California corporation; X NAIL SUPPLY INC., a California corporation; TONY TUAN DUONG, an individual; and DOES 1–10, inclusive,<br><br>*Defendant(s)* | Civil Action No. 8:25-cv-02331 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

21 SWEET BEAUTY INC., c/o Registered Agent for Service of Process, Tony Tuan Duong, 9142 La Grand Ave., Garden Grove, CA  92841; NAIL UP INC., c/o Registered Agent for Service of Process, Tony Tuan Duong, 9142 La Grand Ave., Garden Grove, CA  92841; NAILS-X INC., c/o Registered Agent for Service of Process, Tony Tuan Duong, 9142 La Grand Ave., Garden Grove, CA, 92841, X NAIL SUPPLY INC., c/o Registered Agent for Service of Process, Tony Tuan Duong, 9142 La Grand Ave., Garden Grove, CA   92841; TONY TUAN DUONG, 9142 La Grand Ave., Garden Grove, CA  92841

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Carolyn S. Toto
    Jeffrey D. Wexler
    Jon Jekel
    Pillsbury Winthrop Shaw Pittman LLP
    725 S. Figueroa St., 36th Floor
    Los Angeles, CA 90017-5524

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
                                                                   *Signature of Clerk or Deputy Clerk*