1  PILLSBURY WINTHROP SHAW PITTMAN LLP
2  CAROLYN S. TOTO (SBN 233825)
   carolyn.toto@pillsburylaw.com
3  JEFFREY D. WEXLER (SBN 132256)
   jeffrey.wexler@pillsburylaw.com
4  JON JEKEL (SBN 298646)
5  jon.jekel@pillsburylaw.com
   725 South Figueroa Street, 36th Floor
6  Los Angeles, CA 90017-5524
7  Telephone: 213.488.7100
   Facsimile: 213.629.1033
8
9  Attorneys for Plaintiff
   APPLIED LACQUER INDUSTRIES INC.
10

11              UNITED STATES DISTRICT COURT
12              CENTRAL DISTRICT OF CALIFORNIA
13                    SOUTHERN DIVISION

| APPLIED LACQUER INDUSTRIES INC. d/b/a APRÉS NAIL, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>21 SWEET BEAUTY INC., a California corporation; NAIL UP INC., a California corporation; NAILS-X INC., a California corporation; X NAIL SUPPLY INC., a California corporation; TONY TUAN DUONG, an individual; and DOES 1–10, inclusive,<br><br>Defendants. | Case No. 8:25-cv-02331 FWS (KESx)<br><br>**PLAINTIFF APPLIED LACQUER INDUSTRIES INC. d/b/a APRÉS NAIL'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS**<br><br>Date:      Thursday, February 12, 2026<br>Time:      10:00 a.m.<br>Courtroom: 10D, 4th Street<br>Judge:     Hon. Fred. W. Slaughter<br>Location:  411 West 4th Street<br>           Santa Ana, CA 92701 |
|---|---|

1

TO DEFENDANTS 21 SWEET BEAUTY INC., NAIL UP INC., NAILS-X INC., X NAIL SUPPLY INC., AND TONY TUAN DUONG:

PLEASE TAKE NOTICE that on Thursday, February 12, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Fred W. Slaughter, United States District Judge for the Central District of California, in Courtroom 10D of the Ronald Reagan Federal Building and United States Courthouse, located at 411 West 4th Street, Santa Ana, California 92701, Plaintiff Applied Lacquer Industries Inc. d/b/a Aprés Nail ("**Aprés Nail**") will, and hereby does, move the Court for entry of default judgment against Defendants 21 Sweet Beauty Inc., Nail Up Inc., Nails-X Inc., X Nail Supply Inc., and Tony Tuan Duong (collectively, "**Defendants**") pursuant to Federal Rule of Civil Procedure 55(b).

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's Civil Standing Order § IX(e) [Dkt. 24], the Court may vacate the hearing on this Motion for Default Judgment if no opposition is timely filed.

Aprés Nail filed its Complaint on October 15, 2025, asserting valid claims for: (1) Registered Trademark Infringement, 15 U.S.C. § 1114; (2) Unregistered Trademark Infringement / False Association, 15 U.S.C. § 1125(a)(1)(A); (3) Trademark Counterfeiting, 15 U.S.C. §§ 1116(d), 1117(b); (4) Secondary Trademark Infringement; (5) Unfair Competition, Cal. Bus. & Prof. Code §§ 17200 et seq.; (6) Common Law Trademark Infringement and Unfair Competition; (7) False Advertising, 15 U.S.C. § 1125(a)(1)(B); (8) False Advertising, Cal. Bus. & Prof. Code §§ 17500 et seq.; (9) Civil Conspiracy; and (10) Cancellation of Trademark Registration, 15 U.S.C. § 1119 [Dkt. 1]. Defendants were properly served with the Summons and Complaint in accordance with Fed. R. Civ. P. 4(e)(1) and Cal. Code Civ. Proc. § 415.20 (*see* Dkts. 12–16), and their deadline to answer or otherwise respond under Fed. R. Civ. P. 12(a)(1)(A)(i) and Cal. Code Civ. Proc. § 415.20 was on December 8, 2025. *See* Dkts. 19–23. Because Defendants have not

answered or otherwise responded to the Complaint, the Clerk of Court entered default against all Defendants on December 18, 2025 [Dkt. 25].

By this Motion, Aprés Nail asks the Court to enter a final default judgment:

1. Permanently enjoining Defendants, and each of their officers, agents, servants, employees, attorneys, and all persons acting in concert with them, from:

(a) Using in commerce the Aprés Marks (including GEL-X®, PH BONDER®, EXTEND GEL®, APRÉS®, BRUSH-X®, and MANIPEDI BY APRÉS®), or any confusingly similar designations, including TIPS-X, NAILS-X, NAIL-X, EXTEND BUILDER, EXTEND GLUE, or GEL-UP;

(b) Imitating or copying Aprés Nail's trade dress, including its EXTEND GEL® gold bottle, GEL-X® kit packaging, and website branding;

(c) Embedding Aprés Nail's trademarks or trade name in any website code, advertising, or metadata;

(d) Engaging in counterfeiting, infringement, false designation of origin, false advertising, or unfair competition with respect to Aprés Nail; or

(e) Pursuing or maintaining any applications for the TIPS-X, NAILS-X, NAIL-X, EXTEND BUILDER, EXTEND GLUE, or GEL-UP marks;

2. Ordering cancellation of Defendants' issued federal trademark registration for the GEL-UP mark (U.S. Reg. No. 7,943,753);

3. Directing Defendants to recall from the marketplace all counterfeit and infringing goods bearing Aprés Nail's trademarks or trade dress;

4.    Ordering Defendants to destroy—or deliver to Aprés Nail for destruction—all products, labels, packaging, plates, molds, advertisements, and other materials in Defendants' possession, custody, or control that bear infringing or counterfeit marks, pursuant to 15 U.S.C. § 1118;

5.    Ordering Defendants to file with the Court and serve on Aprés Nail a report in compliance with 15 U.S.C. § 1116(a) detailing the manner in which they have complied with the injunction within 30 days.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, and the Declaration of Jon Jekel filed concurrently herewith, the [Proposed] Order lodged concurrently herewith, and all other records and filings in this action.

There has been no conference of counsel pursuant to Local Rule 7-3 because Defendants have not appeared in this action. Pursuant to the Court's Civil Standing Order § IX(e) [Dkt. 24 at 8], the Court may vacate the hearing on this Motion for Default Judgment if no opposition is timely filed.

Dated:  December 29, 2025    PILLSBURY WINTHROP SHAW PITTMAN LLP

By:    */s/ Carolyn S. Toto*
    CAROLYN S. TOTO
    JEFFREY D. WEXLER
    JON JEKEL

    *Attorneys for Plaintiff*
    Applied Lacquer Industries Inc. d/b/a Aprés Nail