JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

APPLIED LACQUER INDUSTRIES INC. d/b/a APRÉS NAIL, a California corporation,

Plaintiff,

v.

21 SWEET BEAUTY INC., a California corporation; NAIL UP INC., a California corporation; NAILS-X INC., a California corporation; X NAIL SUPPLY INC., a California corporation; TONY TUAN DUONG, an individual; and DOES 1–10, inclusive,

Defendants.

Case No. 8:25-cv-02331 FWS-KES

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

///
///
///

The court, having granted the Motion for Default Judgment filed by Plaintiff Applied Lacquer Industries Inc. d/b/a Aprés Nail ("Aprés Nail"), **ORDERS** as follows:

1. The court **ENTERS JUDGMENT** in favor of Aprés Nail and against Defendants 21 Sweet Beauty Inc., Nail Up Inc., Nails-X Inc., X Nail Supply Inc., Tony Tuan Duong.

2. Defendants 21 Sweet Beauty Inc., Nail Up Inc., Nails-X Inc., X Nail Supply Inc., Tony Tuan Duong, and each of their respective officers, agents, servants, employees, attorneys, and all persons acting in concert or participation with them, who receive actual notice of this judgment by personal service or otherwise, are **PERMANENTLY ENJOINED** from:

(a) Using in commerce the Aprés Marks, including but not limited to GEL-X®, PH BONDER®, EXTEND GEL®, APRÉS®, BRUSH-X®, and MANIPEDI BY APRÉS®, or any confusingly similar marks or designations, including TIPS-X, NAILS-X, NAIL-X, EXTEND BUILDER, EXTEND GLUE, or GEL-UP;

(b) Imitating, copying, or using any trade dress confusingly similar to Aprés Nail's distinctive trade dress, including its EXTEND GEL® gold bottle, GEL-X® kit packaging, and website branding;

(c) Embedding Aprés Nail's trademarks or the Aprés Nail trade name in any website source code, advertising materials, metatags, metadata, search-engine optimization tools, or online promotional content;

(d) Engaging in any acts of counterfeiting, trademark infringement, false designation of origin, false advertising, or unfair competition with respect to Aprés Nail's name, trademarks, trade dress, or goodwill;

(e) Applying for, pursuing, prosecuting, or maintaining any trademark applications or registrations for the TIPS-X, NAILS-X, NAIL-X, EXTEND BUILDER, EXTEND GLUE, or GEL-UP marks, or any other marks that are confusingly similar to the Aprés Marks.

3. Pursuant to 15 U.S.C. § 1119, the Court **ORDERS** the cancellation of Defendants' federal trademark registration for the GEL-UP mark, U.S. Trademark Registration No. 7,943,753.

4. Defendants are **ORDERED** to immediately recall from the marketplace all counterfeit and infringing goods bearing Aprés Nail's trademarks or trade dress that are in the possession, custody, or control of Defendants or their agents.

5. Pursuant to 15 U.S.C. § 1118, Defendants are **ORDERED** to destroy, or deliver to Aprés Nail for destruction, all products, labels, packaging, containers, molds, plates, advertisements, promotional materials, and any other items in their possession, custody, or control that bear infringing or counterfeit marks or trade dress.

6. Within thirty (30) days of entry of this Order, Defendants shall file with the Court and serve on Aprés Nail a written report, sworn under

oath, detailing the manner and form in which Defendants have complied with the permanent injunction, as required by 15 U.S.C. § 1116(a).

**IT IS SO ORDERED.**

Dated: July 17, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE